FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFORD ROY WALDRON,<br><br>    Defendant. | No. 1:20-CR-02037-SAB-1<br><br>**ORDER GRANTING MOTION TO DISMISS** |

    Before the Court is the United States of America's Motion to Dismiss Indictment, ECF No. 33. The motion was considered without oral argument. The United States is represented by Thomas Hanlon. Defendant Alford Roy Waldron is represented by Paul Shelton.

    The United States asks the Court to dismiss the above-captioned case with prejudice, because Mr. Waldron has successfully completed the terms of the Deferred Prosecution Agreement that he entered into with the United States on December 1, 2020. ECF Nos. 28, 29. Pursuant to the terms of the Deferred Prosecution Agreement, the Court concludes dismissal is appropriate.

//
//
//
//
//
//

**ORDER GRANTING MOTION TO DISMISS** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States of America's Motion to Dismiss Indictment, ECF No. 33, is **GRANTED**.

1. The Status Hearing on June 9, 2022 is **STRICKEN**.

2. The above-captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, **and** close the file.

**DATED** this 7th day of June 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS** *2